**Exhibit A to the Complaint**

**Location:** Coppell, TX  **IP Address:** 47.187.108.182
**Total Works Infringed:** 47  **ISP:** Frontier Communications

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | C75D2E32CF8D8B2AC61DA56AA33AEE3C70EE140D | Tushy | 08/06/2018 04:17:15 | 08/04/2018 | 09/01/2018 | PA0002119573 |
| 2 | 005F68E32C85041A13A7F8F17E771403D061FE95 | Vixen | 10/14/2017 03:38:14 | 10/11/2017 | 10/19/2017 | PA0002090452 |
| 3 | 02F2FF91ECE1594D91F9246AAD4775C42EB1E937 | Blacked | 08/05/2017 14:31:11 | 08/03/2017 | 08/17/2017 | PA0002077671 |
| 4 | 21134221BBF38BAF2BD715608BB93FAF1A48FEA5 | Blacked | 09/09/2017 13:26:06 | 09/07/2017 | 09/15/2017 | PA0002052840 |
| 5 | 22D74A8952F82E444A0293CDF33F9AEFE1593AB0 | Blacked Raw | 04/13/2018 22:57:14 | 04/12/2018 | 05/19/2018 | 16665887442 |
| 6 | 295ABE0B80E145DCCE5F7114F7C5B80F7D4398F0 | Blacked | 01/24/2018 02:43:20 | 01/20/2018 | 03/02/2018 | PA0002104876 |
| 7 | 2FE4248FF403CC4AC400EB970FBEF1FC8D8454F4 | Blacked | 02/10/2018 14:55:36 | 02/09/2018 | 03/02/2018 | PA0002104745 |
| 8 | 35716DE321621E8E0C6E0CCBBDAE0F46628F447A | Tushy | 02/08/2018 00:50:24 | 02/05/2018 | 02/20/2018 | PA0002104194 |
| 9 | 360CF572729CEB5E07FB70C3474B63D47FE52E02 | Vixen | 11/26/2017 02:45:31 | 11/25/2017 | 01/04/2018 | PA0002097450 |
| 10 | 39EB58100A9BF50D016707B442714D82CEC58A04 | Blacked | 04/26/2018 00:31:48 | 04/25/2018 | 05/19/2018 | 16665887869 |
| 11 | 3A537EE9DB3C9D1CC034969BB99F0D20491724A2 | Blacked Raw | 06/02/2018 13:30:36 | 06/01/2018 | 06/30/2018 | 16758501522 |
| 12 | 47BF158F64C12785E111714AF9A6D0C692778D77 | Blacked | 10/06/2017 23:25:29 | 10/02/2017 | 10/10/2017 | PA0002086142 |
| 13 | 553553FD62D75AA61FB6CA8A0359FB43667CB6F5 | Blacked | 08/27/2017 14:37:14 | 04/30/2017 | 06/15/2017 | PA0002037580 |
| 14 | 5955C785662CE4EC3BC025F530BA0552003C19A3 | Tushy | 10/05/2017 22:39:22 | 10/03/2017 | 10/10/2017 | PA0002086147 |
| 15 | 5C213F0B01CDF83D3122184F6E9C7E88F380C69A | Blacked | 09/12/2017 21:34:32 | 09/12/2017 | 09/15/2017 | PA0002052846 |
| 16 | 5EBAA857DB4CB94E7B579561C0FBE666094E0A10 | Blacked Raw | 06/18/2018 22:15:51 | 06/16/2018 | 06/30/2018 | 16761900312 |

Case 3:18-cv-02521-D   Document 1-1   Filed 09/21/18   Page 2 of 3   PageID 10

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 662D4BE3DE58C4D11BC8E181C86BC18B5E29ADF4 | Tushy | 11/23/2017 03:30:24 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 18 | 6898AB4321568CFA38EDF7E1468557B8B92AF5E2 | Vixen | 03/16/2018 10:38:08 | 03/15/2018 | 04/17/2018 | PA0002116747 |
| 19 | 6C5115AFADCAA1FA67725BC6C2B0073CFA71E606 | Tushy | 03/22/2018 00:13:39 | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 20 | 73C3010C15BEF96AF5671F698D12BE4B31CE29D6 | Vixen | 08/06/2017 16:42:07 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 21 | 78D13BB0CEAED240FE7F3FEA179FF03C2EB24A22 | Blacked | 11/23/2017 01:59:08 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 22 | 7A2AE90A9B82962BD337CF3CFEBECCA891546447 | Tushy | 12/03/2017 21:38:10 | 12/02/2017 | 01/04/2018 | PA0002097497 |
| 23 | 82A06F974F9B067C3B1FC93B2D7520BD7B523372 | Tushy | 04/22/2018 13:39:00 | 04/21/2018 | 05/23/2018 | PA0002101309 |
| 24 | 83BA6BDC5904985008E7A8E98EAB6580E5E28D96 | Blacked | 09/10/2017 13:57:46 | 09/02/2017 | 09/15/2017 | PA0002052847 |
| 25 | 8703602C827F124AA8881C84E1A53A891858B22F | Tushy | 12/14/2017 22:40:04 | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 26 | 88EF261D93442817EDEEB483C153509F598068D4 | Vixen | 03/31/2018 02:48:32 | 03/30/2018 | 04/17/2018 | PA0002116756 |
| 27 | 8AEA27202C47B378BF48659CC2938DB8691054EF | Tushy | 07/28/2018 13:34:47 | 07/25/2018 | 09/01/2018 | 16920689471 |
| 28 | 8B6C0A3E0EF068BEF48FDCE92C7086ED1C13C8B4 | Tushy | 11/21/2017 11:14:39 | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 29 | 8D18AC587F63137DB68D639DD531EA9F0ECDBBC1 | Blacked | 01/25/2018 23:46:43 | 01/25/2018 | 03/02/2018 | PA0002104748 |
| 30 | 8DE6223953BDD7419E2768FD74725D7D1768B7B2 | Blacked | 04/01/2018 15:32:16 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 31 | 91DE3CBC26019C0550EF70F1DC172202C0BCB8B1 | Blacked | 07/20/2017 22:12:58 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 32 | 951316BFFDA9FA845F58D89226446C5A123F6FA7 | Vixen | 03/27/2018 23:48:50 | 03/25/2018 | 04/17/2018 | PA0002116726 |
| 33 | 9BA0794CB2450065FED27C5223B5DB8EBFCCE972 | Vixen | 04/22/2018 15:19:55 | 04/19/2018 | 05/19/2018 | 16665888134 |
| 34 | B79E6D425A2DD1E64539D44E12EB1DC8166FA68A | Blacked | 08/26/2017 13:21:57 | 08/23/2017 | 10/10/2017 | PA0002086163 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | BBA0B341681750252FE96F8D7288C3D8166CD318 | Vixen | 02/10/2018 15:06:17 | 02/08/2018 | 03/01/2018 | PA0002079183 |
| 36 | BDB9B8123D8FA1AEB93674C762FC35FEE280B180 | Vixen | 03/11/2018 14:51:38 | 03/10/2018 | 04/17/2018 | PA0002116743 |
| 37 | BE21EAC5C14F880F861D8ADA91D7159374BF0EA7 | Vixen | 12/29/2017 21:47:30 | 12/20/2017 | 01/15/2018 | PA0002099694 |
| 38 | C2340D242CF0F1A86D90B0C20F5C268235CC2881 | Blacked | 01/05/2018 23:09:17 | 01/05/2018 | 01/15/2018 | PA0002099696 |
| 39 | C48F2225CFC83431D372530B844C1A33F787C036 | Blacked | 04/22/2018 13:52:11 | 04/20/2018 | 05/23/2018 | PA0002101307 |
| 40 | E01BBF76D1B0E35519CBEDBABE833F2FA5F011C4 | Blacked | 06/15/2018 11:39:33 | 06/14/2018 | 06/30/2018 | 16758501749 |
| 41 | E27CA881C65E58F6CFC9261D8E5E78AEC89D9CC4 | Tushy | 08/05/2017 14:27:55 | 08/04/2017 | 08/17/2017 | PA0002077666 |
| 42 | E46B81E1A71E3AC4E1FF3BC9B79FCF54E0D2AF00 | Blacked | 11/01/2017 22:22:12 | 11/01/2017 | 11/27/2017 | PA0002098034 |
| 43 | EE4E2D333BE36AA0973EFF24E5752B93B6A9CC70 | Tushy | 08/11/2018 13:49:25 | 08/09/2018 | 09/01/2018 | 16920689855 |
| 44 | F389B96714D70B96EE69FD764815AEA8A809A07F | Tushy | 11/29/2017 00:10:52 | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 45 | F9CFE8F13800B0DCEFEC2EDECE09D1DA5F70A22A | Tushy | 05/19/2018 20:19:52 | 05/16/2018 | 05/19/2018 | 16665887690 |
| 46 | FAD86262581A95579253F08E5353B33F8BECFED5 | Tushy | 10/09/2017 15:30:47 | 10/08/2017 | 10/19/2017 | PA0002058298 |
| 47 | FB7017E0213FA5BC750EE5BB425BD9C981252189 | Blacked | 12/16/2017 22:11:35 | 12/16/2017 | 01/24/2018 | PA0002101762 |